**No. 39810.**—Protest 78687–G of J. Tennenbaum & Sons (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) articles in chief value of cellulose compounds at 60 percent under paragraph 31, Abstract 37230 followed; (2) embroidered net ornaments at 75 percent under paragraph 1430, *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) followed; and (3) artificial flowers the same as those the subject of *Robinson-Goodman* v. *United States* (id. 149, T. D. 43473) at 60 percent under paragraph 1419.

**No. 39811.**—Protest 62097–G of B. Rinaldo (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39812.**—Protests 934091–G, etc., of Alfred Field & Co., Inc. (New York).

Opinion by KINCHELOE, J. The protests were sustained in accordance with stipulation of counsel.

**No. 39813.**—Protests 813558–G, etc., of Frederick Atherton (New York).

Opinion by KINCHELOE, J. Following Abstract 35593, the court sustained the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 10, 1938

**No. 39814.**—Protest 756048–G of North American Mercantile Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Nozaki* v. *United States* (T. D. 48974), the mandarin oranges in question were held dutiable at 1 cent per pound under paragraph 743 as claimed.

**No. 39815.**—Protest 946251–G of Stickney & Poor Spice Co. (Boston).

Opinion by EVANS, J. Savory leaves similar to those involved in Abstract 37436 were held free of duty under paragraph 1722 as claimed.